UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER SCHWARTZ,

    Plaintiff,                           No. 14-11587

v.                                     District Judge Matthew F. Leitman
                                       Magistrate Judge R. Steven Whalen

ROBERT WOODWARD,
RYAN HILL,

    Defendants.
_____/

**ORDER**

Plaintiff's motion to compel attendance at deposition [Doc. #32], which also requests discovery sanctions against Defendants, is GRANTED.

Pursuant to counsels' agreement during a June 10, 2015 telephone conference, the depositions of Defendants Woodward and Hill were scheduled for 10:00 a.m. on June 15, 2015, at the office of Defendants' counsel.

Defendants have not responded to this motion, although the time for them to do so has passed. It is therefore uncontested that Defendants have not complied with my order of May 12, 2015, which required them to produce the following documents and information:

    -Sanction awards in the Landlord-Tenant case.

    -Relevant transcripts will be identified by date and case number. This information will

-1-

be provided within 15 days of the date of this Order.

-Documents in Plaintiff's possession that Plaintiff will use at trial.

Discovery closes on June 26, 2015. Defendants will produce all requested discovery, including the above-listed documents, within seven days of the date of this Order. The Defendants will be precluded from using at trial any documents that are not produced within this time-frame

Pursuant to Fed.R.Civ.P. 37(a)(5)(A), Defendants' counsel shall, within 14 days of the date of this Order, pay to Plaintiff's counsel $500.00, representing reasonable expenses and attorney's fees incurred in making this motion.

IT IS SO ORDERED.

s/ R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 16, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla<br>
Case Manager to the<br>
Honorable R. Steven Whalen